2007 UT 66

**Arthur ALLRED, Plaintiff and Appellant,**

v.

**AC and S, INC., et al., Defendants and Appellees.**

No. 20050829.[1]

Supreme Court of Utah.

Aug. 24, 2007.

Attorneys:[2] Gilbert L. Purcell, Novato, CA, for plaintiffs.

Patricia W. Christensen, Salt Lake City, for defendants.

NEHRING, Justice:

¶1 We heard this appeal in conjunction with three other cases that share the same facts and issues that are relevant to this case. We discuss the facts and issues relevant to the four cases in *Carbaugh v. Asbestos Corp. Ltd.*, 2007 UT 65, 167 P.3d 1063, which we also release today. In that opinion, we held that the plaintiffs' medical expert, Dr. Schonfeld, did not violate the Utah Medical Practice Act, Utah Code Ann. §§ 58–67–101 to –803 (2002 & Supp.2005), when he, as a physician not licensed to practice medicine in Utah, conducted physical examinations of the plaintiffs in Utah as part of his preparations to testify at trial. Accordingly, we held that the district court erred in finding that Dr. Schonfeld, as a physician unlicensed to practice medicine in Utah, was unreliable as an expert witness and unavailable to testify at trial on behalf of the plaintiffs. We therefore reverse the district court's grant of summary judgment and remand for further proceed-

1. The following thirty-seven cases have been consolidated under this case: 20050812 to 0814, 20050816, 20050819, 20050821, 20050823 to 0825, 20050828, 20050830, 20050832 to 0840, 20050842 to 0847, 20050850, 20050852 to 0857, 20050859 to 0861, and 20051019.

2. Because there are many plaintiffs and defendants involved in these proceedings, there are also many attorneys. We are therefore listing

ings pursuant to the principles announced in *Carbaugh.*

¶2 Chief Justice DURHAM, Associate Chief Justice WILKINS, Justice DURRANT, and Justice PARRISH concur in Justice NEHRING'S opinion.

2007 UT 67

**Hazel Rae JOHNSON, et al., Plaintiffs and Appellants,**

v.

**ATLAS TURNER, INC., et al., Defendants and Appellees.**

No. 20050858.

Supreme Court of Utah.

Aug. 24, 2007.

Attorneys:[1] Gilbert L. Purcell, Novato, CA, for plaintiffs.

Patricia W. Christensen, Salt Lake City, for defendants.

NEHRING, Justice:

¶1 We heard this appeal in conjunction with three other cases that share the same facts and issues that are relevant to this case. We discuss the facts and issues relevant to the four cases in *Carbaugh v. Asbestos Corp. Ltd.*, 2007 UT 65, 167 P.3d 1063, which we also release today. In that opinion, we held

only the counsel who presented at oral argument before this court.

1. Because there are many plaintiffs and defendants involved in these proceedings, there are also many attorneys. We are therefore listing only the counsel who presented at oral argument before this court.

that the plaintiffs' medical expert, Dr. Schonfeld, did not violate the Utah Medical Practice Act, Utah Code Ann. §§ 58–67–101 to –803 (2002 & Supp.2005), when he, as a physician not licensed to practice medicine in Utah, conducted physical examinations of the plaintiffs in Utah as part of his preparations to testify at trial. Accordingly, we held that the district court erred in finding that Dr. Schonfeld, as a physician unlicensed to practice medicine in Utah, was unreliable as an expert witness and unavailable to testify at trial on behalf of the plaintiffs. We therefore reverse the district court's grant of summary judgment and remand for further proceedings pursuant to the principles announced in *Carbaugh.*

¶ 2 Chief Justice DURHAM, Associate Chief Justice WILKINS, Justice DURRANT, and Justice PARRISH concur in Justice NEHRING's opinion.

2007 UT 69

**STATE of Utah, In the Interest of A.F., a person under eighteen years of age.**

**C.M.F., Petitioner,**

v.

**State of Utah, Respondent.**

**No. 20060648.**

Supreme Court of Utah.

Aug. 24, 2007.

